as shown by the state witnesses, was that the death of deceased was caused by appellant pounding deceased's head against the pavement. The other, as shown by the testimony of the appellant and his witnesses, was that deceased came to his death from an injury to his head received in falling against an automobile when knocked down in a fist fight by the appellant.

Appellant's defensive rights under such an issue, as also the lack of an intent to kill, was amply covered in the court's charge.

Neither the state nor appellant contended that any blow inflicted in the fight caused the death of deceased.

We remain convinced that the trial court was not in error in failing to submit self-defense from the lesser attack.

Appellant's second motion for rehearing is overruled.

Opinion approved by the Court.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is murder without malice; the punishment, five years confinement in the penitentiary.

The record before us contains neither bills of exception nor statement of facts. Nothing is presented for consideration.

The judgment of the trial court is affirmed.

## Ex parte GORHAM.
### No. 25345.

Court of Criminal Appeals of Texas.
Oct. 10, 1951.

## ENGLISH v. STATE.
### No. 25346.

Court of Criminal Appeals of Texas.
June 20, 1951.

Rehearing Denied Oct. 10, 1951.